UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, as Executrix of the Estate of John Deuley, Deceased And as Mother, Guardian and/or Next Friend of Amberyle Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased**  <br><br>    **Plaintiffs,** <br><br>    v. <br><br>**DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp.; DYNCORP INTERNATIONAL LLC; a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation,** <br><br>    **Defendants**. | C. A. No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CSC Applied Technologies LLC, by and through its undersigned counsel, states the following:

1.   The parent company for CSC Applied Technologies LLC is Computer Sciences Corporation, a publicly held corporation traded on the New York State Exchange under the ticker symbol "CSC."

2.   There are no publicly held corporations that own 10% or more of CSC's stock.

SMITH, KATZENSTEIN & FURLOW LLP

*Of Counsel*:
Robert B. Wallace
Kevin P. Ferrell
Yoora Pak
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, DC 20005
Telephone:   (202) 626-7660
Facsimile:   (202) 628-3606

      /s/    *Robert K. Beste*          .
Robert J. Katzenstein (Del. ID No. 378)
Robert K. Beste, III (Del. ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:   302.652.8400
Facsimile:   302.652.8405

*Attorneys for defendants*
*CSC Applied Technologies LLC, DynCorp*
*International, Inc., and DynCorp International LLC*

September 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **CORPORATE DISCLOSURE STATEMENT** was sent, via first class, U.S. Mail, on the 27th day of September, 2006, to:

Neilli Mullen Walsh
Ben T. Castle
Young Conawat Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Dionysios G. Rassias
The Beasley Firm
1125 Walnut Street
Philadelphia, PA 19103

                                                  /s/    *Robert K. Beste*    .
                                                  Robert K. Beste, III