# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHELLE DEULEY, Individually, and in her** | ) | |
| **Capacities as Surviving Spouse of John Deuley,** | ) | |
| **as Executrix of the Estate of John Deuley, Deceased** | ) | |
| **And as Mother, Guardian and/or Next Friend of** | ) | **C. A. No.** |
| **Amberyle Marie Deuley, Justin Andrew Deuley, and** | ) | |
| **Jordan Aubrey Deuley, Minor Children of John Deuley;** | ) | |
| **JOSEPH AND KIM DICKINSON; KATHY** | ) | |
| **GIBSON, Individually, and in her Capacities as** | ) | |
| **Surviving Spouse of Gerald Gibson and as** | ) | |
| **Executrix of the Estate of Gerald Gibson, Deceased** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DYNCORP INTERNATIONAL, INCORPORATED,** | ) | |
| **a Delaware Corporation, Parent of the co-defendant** | ) | |
| **DYNCORP entities, formerly known as** | ) | |
| **DI Acquisition Corp.; DYNCORP INTERNATIONAL** | ) | |
| **LLC; a Delaware Limited Liability Corporation; and** | ) | |
| **CSC APPLIED TECHNOLOGIES LLC, formerly** | ) | |
| **known as Dyncorp Technical Services, LLC, a** | ) | |
| **Delaware Limited Liability Corporation,** | ) | |
| | ) | |
| **Defendants**. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants DynCorp International LLC and DynCorp International, Inc., by and through their undersigned counsel, state the following:

1.     DynCorp International LLC is wholly owned by DynCorp International, Inc. and does not have any outstanding securities in the hands of the public.

2.     DynCorp International, Inc. has outstanding securities in the hands of the public that are publicly traded on the New York Stock Exchange under the symbol

"DCP."  There are no other companies related to DynCorp International Inc. that have

outstanding securities in the hands of the public.


                                        SMITH, KATZENSTEIN & FURLOW LLP

*Of Counsel*:
Robert B. Wallace
Kevin P. Ferrell                        _____/s/_____Robert K. Beste_____.
Yoora Pak                               Robert K. Beste, III (Del. ID No. 3931)
WILSON, ELSER, MOSKOWITZ,               Robert J. Katzenstein (Del. ID No. 378)
EDELMAN & DICKER LLP                    800 Delaware Avenue, 7th Floor
The Colorado Building                   P.O. Box 410
1341 G Street, N.W., 5th Floor          Wilmington, DE 19899 (Courier 19801)
Washington, DC 20005                    Telephone:     302.652.8400
Telephone:     (202) 626-7660           Facsimile:     302.652.8405
Facsimile:     (202) 628-3606

                                        *Attorneys for defendants*
                                        *CSC Applied Technologies LLC, DynCorp*
                                        *International, Inc., and DynCorp*
                                        *International LLC*

September 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **CORPORATE**

**DISCLOSURE STATEMENT** was sent, via first class U.S. Mail, on the 27th day of

September, 2006, to:


Neilli Mullen Walsh
Ben T. Castle
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Dionysios G. Rassias
The Beasley Firm
1125 Walnut Street
Philadelphia, PA 19103


_____/s/____*Robert K. Beste*_____.
Robert K. Beste, III