UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, as Executrix of the Estate of John Deuley, Deceased And as Mother, Guardian and/or Next Friend of Amberyle Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased<br><br>    Plaintiffs,<br><br>    v.<br><br>DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp.; DYNCORP INTERNATIONAL LLC; a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation,<br><br>    Defendants. | C. A. No. 06-cv-605 |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to the Complaint, that motion is **GRANTED**. Defendants shall file an answer or otherwise respond to the Complaint on or before October 25, 2006.

October 4, 2006

_____
United States District Judge

{10018308.DOC}



**Smith
Katzenstein
Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Fax: (302) 652-8405
www.skfdelaware.com

October 4, 2006

***By e-Filing & Hand Delivery***

ATTN: Dot Blansfield
The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

**Re:**     ***Deuley v. DynCorp***
             **C.A. No. 06-605 UNA**

Dear Judge Robinson:

Pursuant to instructions from the Clerk's office, I have enclosed a proposed order (D.I. 7) for the Motion for an Extension of Time to File an Answer or Otherwise Respond to the Complaint (D.I. 6), which I filed yesterday in the above referenced matter. I am available if the Court has any questions or concerns.

Respectfully,

/s/ Robert K. Beste

Robert K. Beste (ID No. 3931)

rkb@skfdelaware.com

RKB/vkm

Enclosure

cc: Clerk of Court (via e-filing with enclosure)
    Nelli M. Walsh, Esquire (via e-filing with enclosure)

10018307.WPD