UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, as Executrix of the Estate of John Deuley, Deceased And as Mother, Guardian and/or Next Friend of Amberyle Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased<br><br>    Plaintiffs,<br><br>v.<br><br>DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp.; DYNCORP INTERNATIONAL LLC; a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation,<br><br>    Defendants. | C. A. No. 06-cv-605 |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to the Complaint, that motion is **GRANTED**. Defendants shall file an answer or otherwise respond to the Complaint on or before October 25, 2006.

                                                                                                 United States District Judge

October 4, 2006

{10018308.DOC}