IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, As Executrix of the Estate of John Deuley, Deceased, And as Mother, Guardian and/or Next Friend of Amberlye Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-605 (GMS) ) ) ) ) ) ) TRIAL BY JURY DEMANDED ) ) ) ) ) ) |

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN
EXTENSION OF TIME TO FILE AN ANSWER

Plaintiffs do not oppose Defendants' Motion For An Extension Of Time To File An Answer Or Otherwise Respond To The Complaint.

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                /s/ Neilli Mullen Walsh

                                                Neilli Mullen Walsh (2707)
                                                Ben T. Castle (520)
                                                1000 West Street, 17th Floor
                                                Wilmington, DE 19899-0391
                                                (302) 571-6618/6603

Dated: 10/12/06                        Attorneys for Plaintiffs

Dion G. Rassias (2829)
James E. Beasley, Jr. (Of Counsel)
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA  19107
(215) 592-1000
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on ___October 12___, 2006, I caused copies of the within Plaintiffs' Response To Defendants' Motion For An Extension Of Time To File An Answer Or Otherwise Respond to The Complaint to be served electronically and by hand or mail on attorneys of record, as follows:

>   Robert J. Katzenstein, Esquire
>   Robert K. Beste, III, Esquire
>   Smith, Katzenstein & Furlow LLP
>   800 Delaware Avenue, 7th Floor
>   P. O. Box 410
>   Wilmington, DE 19899
>
>   Robert B. Wallace, Esquire
>   Kevin P. Ferrell, Esquire
>   Yoora Pak, Esquire
>   Wilson, Elser, Moskowitz,
>   Edelman & Dicker LLP
>   The Colorado Building
>   1341 G Street, N.W., 5th Floor
>   Washington, DC 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Neilli Mullen Walsh
Neilli Mullen Walsh (2707)
Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 10/12/06