UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, as Executrix of the Estate of John Deuley, Deceased And as Mother, Guardian and/or Next Friend of Amberyle Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased<br><br>    Plaintiffs,<br><br>    v.<br><br>DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp.; DYNCORP INTERNATIONAL LLC; a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation,<br><br>    Defendants. | C. A. No. 06-cv-605 |

*Local Rule 81.2 Statement*

Pursuant to Rule 81.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the parties hereby jointly submit this statement identifying all pending matters which require judicial attention.

Defendants removed this matter to this Court on September 27, 2006 from the Superior Court of the State of Delaware, In and For New Castle County. There are currently no matters pending in the Superior Court that require judicial attention. On October 10, 2006, plaintiffs filed a motion to remand this matter back to the Superior

{10018655.DOC}

Court. That motion currently is pending, but the parties have not fully briefed the motion to date. Until that motion is fully briefed, no pending matters require judicial attention.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | SMITH KATZENSTEIN & FURLOW LLP |
|---|---|
| /s/ Neilli M. Walsh | /s/ Robert K. Beste |
| Neilli M. Walsh (ID No. 2707) | Robert K. Beste, III (DE ID No. 3931) |
| 1000 West Street, 17th Floor | 800 Delaware Avenue, 7th Floor |
| P.O. Box 391 | P.O. Box 410 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Telephone: 302.571.6603 | Telephone: 302.652.8400 |
| Facsimile: 302.576.3343 | Facsimile: 302.652.8405 |
| *Attorneys for plaintiffs* | *Attorneys for defendants* |

October 17, 2006