**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MICHELLE DEULEY**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | C.A. No. 06-605 (GMS) |
| **v.** ) | |
| ) | |
| **DYNCORP INTERNATIONAL, INC.,** ) | |
| *et al.*, ) | |
| ) | |
| **Defendants**. ) | |

### DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

COME NOW, Defendants DynCorp International, Inc. ("DI Inc."), DynCorp International LLC ("DI LLC"), and CSC Applied Technologies LLC ("CSC") [hereinafter collectively referred to as "Defendants"], by and though counsel, Smith, Katzenstein & Furlow LLP, and hereby move this Honorable Court for an Order pursuant to Rule 12(b)(1), Rule 12(b)(3), and/or Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint or, in the alternative, transferring venue to the U.S. District Court for the Eastern District of Virginia, Alexandria Division pursuant to 28 U.S.C. § 1404(a).

Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Defendants hereby give notice that the resolution of their Motion to Dismiss with respect to their argument that Plaintiffs have waived their claims may involve the interpretation and application of the law of a foreign country.

If this Honorable Court determines that the case should not be dismissed or transferred at this time, Defendants respectfully request that the Court enter an Order limiting discovery, setting a discovery schedule with respect to the issues raised in this Motion, and establishing a briefing schedule for an anticipated motion for summary judgment. The grounds for Defendants' Motion are set forth in detail in the accompanying Brief.

WHEREFORE, Defendants seek an Order Dismissing Plaintiffs' Complaint in its entirety, or an Order permitting the parties to engage in limited discovery regarding the issues raised in this Motion, or an Order transferring venue to the U.S. District Court for the Eastern District of Virginia, Alexandria Division.

|  |  |
|---|---|
|  | SMITH, KATZENSTEIN & FURLOW LLP |
| *Of Counsel*:<br>Robert B. Wallace<br>Kevin P. Farrell<br>Yoora Pak<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>The Colorado Building<br>1341 G Street, N.W., 5th Floor<br>Washington, DC 20005<br>Telephone:     (202) 626-7660<br>Facsimile:      (202) 628-3606 | /s/   Robert K. Beste      .<br>Robert J. Katzenstein (Del. ID No. 378)<br>Robert K. Beste, III (Del. ID No. 3931)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone:     (302) 652-8400<br>Facsimile:      (302) 652-8405<br><br>*Attorneys for Defendants*<br>*DynCorp International, Inc., DynCorp*<br>*International LLC, and CSC Applied*<br>*Technologies LLC* |
| October 25, 2006 |  |

**CERTIFICATE OF SERVICE**

I hereby certify that **DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE** was served on the following via ECF on this 25th day of October, 2006:

Neilli Mullen Walsh
Ben T. Castle
Young Conawat Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391


       /s/    *Robert K. Beste*    .
       Robert K. Beste, III