# EXHIBIT 1

Case 1:06-cv-00605-GMS    Document 16    Filed 10/26/2006    Page 1 of 2

## Farrell, Kevin

| | |
|---|---|
| **From:** | Farrell, Kevin |
| **Sent:** | Tuesday, October 24, 2006 3:15 PM |
| **To:** | Farrell, Kevin; 'dr1@beasleyfirm.com' |
| **Subject:** | RE: Deuley v. DynCorp |

Susan-

I have not received a response to our request for a short extension of time. Please follow up with Dion and or Jim Beasley and have them give me a call as soon as possible, or we will be forced to take the issue to the Court on Thursday.

Thanks.
Kevin

| | |
|---|---|
| **From:** | Farrell, Kevin |
| **Sent:** | Tuesday, October 17, 2006 3:27 PM |
| **To:** | 'dr1@beasleyfirm.com' |
| **Subject:** | Deuley v. DynCorp |

Susan-

As discussed this morning, please see if Dion is willing to agree to a short extension of time for the defendants to file an Opposition to plaintiffs' Motion for Remand. By my calculation, the Opposition is presently due on October 30. Given the time required to secure the necessary declarations and affidavits for the Opposition, I ask that plaintiffs consent to a three week extension of time, i.e., November 20th as the last day for defendants to file their Opposition to the Motion to Remand.

Thanks.
Kevin

Kevin P. Farrell, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Colorado Building, Suite 500
1341 G Street, N.W.
Washington, DC 20005

Tel.: (202) 626-7694
Fax: (202) 628-3606
<< File: Farrell, Kevin.vcf >>



1