IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 06-605 (GMS) |
| v. | ) |
| | ) |
| DYNCORP INTERNATIONAL, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert B. Wallace to represent DynCorp International, Incorporated, DynCorp International, LLC, and CSC Applied Technologies, LLC in this matter.

SMITH, KATZENSTEIN & FURLOW LLP

/s/   *Robert K. Beste*            .
Robert K. Beste, III (Del. ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:   302.652.8400
Facsimile:    302.652.8405

*Attorneys for Defendants*
*CSC Applied Technologies LLC, DynCorp*
*International, Inc., and DynCorp International LLC*

October 31, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 06-605 (GMS) |
| v. | ) |
| | ) |
| DYNCORP INTERNATIONAL, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.3, I certify that I am eligible for admission to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and Virginia, and that pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                  WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP

                                                Robert B. Wallace
                                                1341 G. Street, NW, 5th Floor
                                                Washington, DC 20005
                                                Telephone: 202.626.7660
                                                Facsimile: 202.628.3606

                                                *Attorneys for Defendants DynCorp International,*
                                                *Inc., DynCorp International LLC, and CSC*
                                                *Applied Technologies LLC*

October 31, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 06-605 (GMS) |
| v. | ) |
| | ) |
| DYNCORP INTERNATIONAL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Dated:                    , 2006              _____
                                               United States District Judge

{10019216.DOC}
243707.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served, via ECF, this 31st day of October, 2006, to:

>Ben T. Castle, Esq.
>Neilli Mullen Walsh, Esq.
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391

And via U.S. Mail to:

>James E. Beasley, Jr., Esq.
>Dionysios G. Rassias, Esq.
>The Beasley Firm
>The Beasley Building
>1125 Walnut Street
>Philadelphia, PA 19107

>                /s/    *Robert K. Beste*               .
>Robert K. Beste, III (Del. ID No. 3931)