IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, As Executrix of the Estate of John Deuley, Deceased, And as Mother, Guardian and/or Next Friend of Amberlye Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation,<br><br>    Defendants. | C.A. No. 06-605 (GMS)<br><br>TRIAL BY JURY DEMANDED |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Plaintiffs, by and through their undersigned counsel, hereby respond to defendants' Motion To Dismiss, Or In The Alternative, Motion To Transfer Venue, and in opposition thereto, state as follows:

1.    Plaintiffs originally filed their Complaint in the Superior Court of the State of Delaware in and for New Castle County on or about August 22, 2006.

2. Defendants were served with the Complaint on or about September 7, 2006, through their registered agents in the State of Delaware.

3. On September 27, 2006, defendants removed the State Court action to this Court.

4. Plaintiffs filed a Motion to Remand the case back to the State Court on October 12, 2006. Briefing on that Motion is due to be completed on November 13, 2006.

5. On October 25, 2006, defendants filed the subject Motion to Dismiss, Or in the Alternative, Motion To Transfer Venue.

6. Plaintiffs respectfully take the position that defendants' Motions are entirely inappropriate and premature, as the Court has not yet ruled on plaintiffs' Motion for Remand. In the event the Court denies plaintiffs' Motion and retains jurisdiction over the case, then plaintiffs respectfully request permission at that time to file an appropriate response to defendants' Motions, with accompanying brief.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Neilli Mullen Walsh (2707)
Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 11/8/06

Dion G. Rassias (2829)
James E. Beasley, Jr. (Of Counsel)
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, As Executrix of the Estate of John Deuley, Deceased, And as Mother, Guardian and/or Next Friend of Amberlye Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased, <br><br>  Plaintiffs, <br><br>  v. <br><br> DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation, <br><br>  Defendants. | C.A. No. 06-605 (GMS) <br><br> TRIAL BY JURY DEMANDED |

ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Response To Defendants' Motion To Dismiss, Or In The Alternative, Motion To Transfer Venue,

IT IS HEREBY ORDERED AND DECREED that Defendants' aforesaid Motion is DENIED.

_____
THE HONORABLE GREGORY M. SLEET

CERTIFICATE OF SERVICE

I hereby certify that on _November 8_, 2006, I caused copies of the within Plaintiffs' Response To Defendants' Motion To Dismiss, Or In The Alternative, Motion To Transfer Venue to be served electronically and by hand or mail on attorneys of record, as follows:

> Robert J. Katzenstein, Esquire
> Robert K. Beste, III, Esquire
> Smith, Katzenstein & Furlow LLP
> 800 Delaware Avenue, 7th Floor
> P. O. Box 410
> Wilmington, DE 19899
>
> Robert B. Wallace, Esquire
> Kevin P. Ferrell, Esquire
> Yoora Pak, Esquire
> Wilson, Elser, Moskowitz,
> Edelman & Dicker LLP
> The Colorado Building
> 1341 G Street, N.W., 5th Floor
> Washington, DC 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Neilli Mullen Walsh_
Neilli Mullen Walsh (2707)
Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 11/8/07