**Smith
Katzenstein
Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Fax: (302) 652-8405
www.skfdelaware.com

November 10, 2006

*Via Electronic Filing Only*

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

*Re:*   *Deuley v. DynCorp, et al.*
        *06-605 (GMS)*

Dear Judge Sleet:

This firm is local counsel for Defendants DynCorp International, Inc., DynCorp International LLC, and CSC Applied Technologies in the above-referenced matter. Robert B. Wallace, of the law firm Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, who was admitted *pro hac vice*, is lead counsel.

Pursuant to Local Rule 7.1.4, I write to request oral argument on Defendants' Motion to Dismiss Or In the Alternative, Motion to Transfer Venue (D.I. 13 and 14). The parties completed briefing on Defendants' motion on November 9, 2006. Thank you for your attention to this matter.

Respectfully,

/s/   Robert K. Beste

Robert K. Beste (ID No. 3931)

cc:   Clerk of Court (via electronic filing)
      Neilli M. Walsh, Esquire (via electronic filing)

10019584.WPD