

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, As Executrix of the Estate of John Deuley, Deceased, And as Mother, Guardian and/or Next Friend of Amberlye Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased, <br><br>    Plaintiffs, <br><br>    v. <br><br> DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-605 (GMS) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES E. BEASLEY, JR.

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel hereby moves the admission *pro hac vice* of James E. Beasley, Jr., Esquire to represent plaintiffs in this matter.

_____
Neilli Mullen Walsh (2707)
Ben T. Castle (520)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 11/16/06



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, As Executrix of the Estate of John Deuley, Deceased, And as Mother, Guardian and/or Next Friend of Amberlye Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-605 (GMS) ) ) ) ) ) TRIAL BY JURY DEMANDED ) ) ) ) ) ) ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and that pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In

accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

THE BEASLEY FIRM, LLC

*[signature]*

James E. Beasley, Jr.
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
Attorneys for Plaintiffs

Dated: 15 Nov 06

DB02:5600553.1                                                                                065122.1001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, As Executrix of the Estate of John Deuley, Deceased, And as Mother, Guardian and/or Next Friend of Amberlye Marie Deuley, Justin Andrew Deuley, and Jordan Aubrey Deuley, Minor Children of John Deuley; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation, <br><br> Defendants. | C.A. No. 06-605 (GMS) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of James E. Beasley, Jr. to represent plaintiffs is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____



## CERTIFICATE OF SERVICE

I hereby certify that on _Nov. 16_, 2006, I caused the plaintiffs' Motion For Admission *Pro Hac Vice* of James E. Beasley, Jr., together with the Certification and Proposed Order in support thereof, to be electronically filed with the Clerk of the Court and to be served electronically and by hand or mail on attorneys of record, as follows:

    Robert J. Katzenstein, Esquire
    Robert K. Beste, III, Esquire
    Smith, Katzenstein & Furlow LLP
    800 Delaware Avenue, 7th Floor
    P. O. Box 410
    Wilmington, DE 19899

    Robert B. Wallace, Esquire
    Kevin P. Ferrell, Esquire
    Yoora Pak, Esquire
    Wilson, Elser, Moskowitz,
    Edelman & Dicker LLP
    The Colorado Building
    1341 G Street, N.W., 5th Floor
    Washington, DC 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Neilli Mullen Walsh_
Neilli Mullen Walsh (2707)
Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6603
Attorneys for Plaintiffs

Dated: 11/16/06