UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE DEULEY, Individually, and in her Capacities as Surviving Spouse of John Deuley, and As Executrix of the Estate of John Deuley, Deceased; JOSEPH AND KIM DICKINSON; KATHY GIBSON, Individually, and in her Capacities as Surviving Spouse of Gerald Gibson and as Executrix of the Estate of Gerald Gibson, Deceased, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 06-605 (GMS) |
| DYNCORP INTERNATIONAL, INCORPORATED, a Delaware Corporation, Parent of the co-defendant DYNCORP entities, formerly known as DI Acquisition Corp; DYNCORP INTERNATIONAL LLC, a Delaware Limited Liability Corporation; and CSC APPLIED TECHNOLOGIES LLC, formerly known as Dyncorp Technical Services, LLC, a Delaware Limited Liability Corporation, ) ) ) ) ) ) ) ) ) ) | NON-ARBITRATION CASE  TRIAL BY JURY DEMANDED |
| Defendants. ) | |

## ADDENDUM TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR REMAND

Plaintiffs supplement and update their Reply Brief based upon a just released decision of the United States Supreme Court.

Plaintiffs' Reply Brief (filed November 13, 2006), at page 14 states:

> Similar "political question" arguments were raised by a *military contractor* defending a similar suit based upon conduct that occurred while *escorting an Army convoy* in Iraq in McQuown v. Blackwater Sec. Consulting, LLC, 460 F.3d 576 (4th Cir. August 24, 2006). Those arguments were rejected by the Eastern District of North Carolina, rejected by the 4th Circuit on appeal, and denied a petition for stay by Chief Justice Roberts. Id., see Supreme Court Case No. 06-396 (stay denied October 24, 2005).

The date of the stay is incorrect and should read October 24, 2006. Also, since the filing of

Plaintiffs' Reply Brief, The United States Supreme Court has completed additional review in

McQuown and, on February 26, 2007, denied defendants' Petition for a Writ of Certiorari. United States Supreme Court Case No. 06-857. The denial leaves undisturbed the Fourth Circuit's upholding of the district court's remand to state court.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ben T. Castle
        _____
        Neilli Mullen Walsh (2707)
        Ben T. Castle (520)
        The Brandywine Building
        1000 West Street, 17th Floor
        P. O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6603/6618
        Attorneys for Plaintiffs

Dion G. Rassias (2829)
James E. Beasley *of Counsel*
Maxwell S. Kennerly *of Counsel*
The Beasley Firm
1125 Walnut Street
Philadelphia, PA 19103
(215) 592-1000
Attorneys for Plaintiffs

Dated: March 1, 2007

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 1, 2007, I caused copies of the within Addendum to Plaintiff's Reply Brief in Support of their Motion for Remand to be served electronically and by hand or mail on attorneys of record, as follows:

Robert J. Katzenstein, Esquire
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899

Robert B. Wallace, Esquire
Kevin P. Ferrell, Esquire
Yoora Pak, Esquire
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, DC 20005

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ TGH
      Neilli Mullen Walsh (2707)
      Ben T. Castle (520)
      The Brandywine Building
      1000 West Street, 17th Floor
      P. O. Box 391
      Wilmington, DE 19899-0391
      (302) 571-6618/6603
      Attorneys for Plaintiffs

Dated:

Dion G. Rassias (2829)
James E. Beasley, Jr. (Of Counsel)
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
Attorneys for Plaintiffs